USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILTIY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | 1:25-cv-02970 (MKV) <br><br> ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a redacted complaint. [ECF No. 1]. Plaintiff subsequently moved the Court for leave to file a redacted complaint and thereafter filed a letter motion requesting that the Court terminate this case and refund Plaintiff's initial filing fee. [ECF Nos. 4 & 5]. Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules") Section 6.14, prior to filing such a redacted complaint a Plaintiff must commence a miscellaneous case by filing a motion seeking leave to file a redacted complaint.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to comply with ECF Rule 6.14.

IT IS FURTHER ORDERED that Plaintiff's request for a refund of its initial filing fee is DENIED.

Plaintiff may commence a new action in accordance with ECF Rule 6. Plaintiff is referred to the ECF Help Desk and the Clerk's office.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Date:  April 11, 2025**  
       **New York, NY**

      **MARY KAY VYSKOCIL**  
      **United States District Judge**